1030

[Nos. 66267-8-I; 66362-3-I.   Division One.   February 21, 2012.]

PACIFIC NORTHWEST EARTHWORKS, LLC, *Appellant*, v. THE CITY OF BELLEVUE, *Respondent*.

*Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J., and Leach, J.

[No. 66304-6-I.   Division One.   February 21, 2012.]

KING COUNTY PUBLIC HOSPITAL DISTRICT NO. 2 ET AL., *Respondents*, v. THE DEPARTMENT OF HEALTH ET AL., *Appellants*.

*Reversed* and *remanded* by unpublished opinion per Spearman, J., concurred in by Ellington and Appelwick, JJ. Now published at 167 Wn. App. 740.

[No. 66373-9-I.   Division One.   February 21, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ALI E. DIVSAR, *Appellant*.

*Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Ellington, J.

[No. 66453-1-I.   Division One.   February 21, 2012.]

KIMACO, LLC, *Plaintiff*, v. WRIGHT DEVELOPMENT WEST COAST, LLC, *Appellant*, MUKILTEO HOTEL, LLC, *Respondent*.

*Affirmed* by unpublished opinion per Appelwick, J., concurred in by Ellington and Spearman, JJ.